17100.   SERVICE COMPANY *v.* BLACK & COMPANY.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Complaint; from Fulton superior court—Judge Bell. December 12, 1925.

*A. T. Walden,* for plaintiff in error.

*Alexander & McLarty,* contra.

New Trial, 29 Cyc. p. 832, n. 60.

---

17101.   LUCAS *v.* SCOTT-STROTHER LUMBER COMPANY.

LUKE, J.  This case is presented upon the sole ground that the evidence does not authorize the verdict.  The evidence was most conflicting, but this court can not say that there was no evidence to authorize the verdict.  The trial judge having approved the verdict, the judgment must be affirmed.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Complaint; from Wilkes superior court—Judge Perryman. December 14, 1925.

*F. W. Gilbert, W. A. Slaton,* for plaintiff.

Appeal and Error, 4 C. J. p. 866, n. 51.